```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    JEFF MITCHELL (Cal. State Bar No.: 236225)
 4  Assistant United States Attorney
    Violent & Organized Crime Section
 5      1500 United States Courthouse
        312 North Spring Street
 6      Los Angeles, California 90012
        Telephone: (213) 894-0698
 7      Facsimile: (213) 894-3713
        E-mail: jeff.mitchell@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA

10                   UNITED STATES DISTRICT COURT

11               FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,    )  CR No. 09-1037-CAS
                                 )
13             Plaintiff,        )  [PROPOSED] FINDINGS AND ORDER
                                 )
14        v.                     )  Proposed Date: September 27, 2010
                                 )  Proposed Time: 2:30 p.m.
15  HENRY VALENZUELA, ET AL.,    )
                                 )
16             Defendants.       )
                                 )
17                               )
                                 )
18  _____)
```

(Stamp: FILED CLERK, U.S. DISTRICT COURT  JUN - 8 2010  CENTRAL DISTRICT OF CALIFORNIA  BY ___ DEPUTY)

ORIGINAL

2010 JUN -7 PM 4:0[?]

```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    JEFF MITCHELL (Cal. State Bar No.: 236225)
 4  Assistant United States Attorney
    Violent & Organized Crime Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0698
 7       Facsimile: (213) 894-3713
         E-mail: jeff.mitchell@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 09-1037-CAS |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | ) ~~Proposed~~ Date: September 27, 2010 |
| HENRY VALENZUELA, ET AL., | ) ~~Proposed~~ Time: 2:30 p.m. |
| Defendants. | ) |

[PROPOSED] FINDINGS AND ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the COURT adopts the findings of fact and the conclusions of law stipulated to by the parties.

Sentencing in this matter for Henry Valenzuela is continued to 2:30 p.m. on September 27, 2010.

6/9/10
_____          _____
DATE                               UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, **Tamika M. Holmes**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **[PROPOSED] FINDINGS AND ORDER**

**service was:**

[X] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

**Humberto Diaz, DFPD**

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

This Certificate is executed on **June 7, 2010** addressed as follows at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Tamika M. Holmes